

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-15-00228-CV

**STEWART TITLE GUARANTY COMPANY**,
Appellant

v.

**VANTAGE BANK TEXAS**, Successor by Merger to D'Hanis State Bank, and Banprop, L.L.C.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14899
Honorable Laura Salinas, Judge Presiding

### ORDER

Stewart Title's petition for permission to appeal an interlocutory order, filed pursuant to TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) is DENIED.

It is so **ORDERED** on May 6, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_____
Keith E. Hottle, Clerk